# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MICHAEL BRUNSON, et al.,

        Plaintiffs,

vs.

BP LAW GROUP, LLP, et al.,

        Defendants.

Case No. 2:13-cv-00350-GMN-PAL

**AMENDED ORDER**

(Sub'n of Counsel - Dkt. #29)

This matter is before the court on the Substitution of Counsel (Dkt. #29), filed July 29, 2013. Marc S. Cwik seeks leave to be substituted in the place of Douglas M. Cohen as counsel for Defendant BP Law Group, LLP. LR IA 10-6 provides that the signature of an attorney to substitute into a case "constitutes an express acceptance of all dates then set for pretrial proceedings, for trial or hearing, by the discovery plan, or in any court order." LR IA 10-6(d) also provides that the substitution of an attorney "shall not alone be reason for delay of pretrial proceedings, discovery, the trial, or any hearing in this case." Plaintiffs filed a Complaint (Dkt. #1) on February 28, 2013. A Motion to Dismiss (Dkt. #19) and a Motion to Strike Complaint (Dkt. #20) are pending before the district judge. The deadline for the parties to file a proposed joint discovery plan and scheduling order is August 22, 2013.

Having reviewed and considered the matter, and good cause appearing,

**IT IS ORDERED**:

1. The Motion to Substitute Counsel (Dkt. #29) is GRANTED.
2. Marc S. Cwik is substituted in the place of Douglas M. Cohen as counsel for Defendant BP Law Group, LLP, subject to the provisions of LR IA 10-6(c) and (d).

Dated this 28th day of August, 2013.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE