MARK J. BOURASSA, ESQ.
Nevada Bar No. 7999
**THE BOURASSA LAW GROUP, LLC**
8668 Spring Mountain Rd., Suite 101
Las Vegas, Nevada 89117
Tel: (702) 851-2180
Fax: (702) 851-2189
Email: mbourassa@bourassalawgroup.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL BRUNSON, an individual, and on behalf of himself and those similarly situated,<br><br>Plaintiff;<br><br>vs.<br><br>BP LAW GROUP, LLP, a New York Limited Liability Partnership; CREDIT CONTROL, LLC, a Missouri Limited Liability Company; DTA SOLUTIONS, LLC, a Delaware Limited Liability Company; and BSI FINANCIAL SERVICES, INC., a Pennsylvania Corporation,<br><br>Defendants. | Case No.: 2:13-cv-00350-GMN-PAL |

## STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, MICHAEL BRUNSON, by and through his attorneys, THE BOURASSA LAW GROUP, LLC, and Defendant BP LAW GROUP, LLP by and through its attorneys, LEWIS BRISBOIS BISGAARD & SMITH LLP, that the above-captioned matter may be

/ / /

/ / /

/ / /

/ / /

dismissed as to Defendant BP LAW GROUP, LLP ONLY, WITH PREJUDICE, with each party to bear its own attorney's fees and costs.

DATED this 13th day of February, 2014           DATED this 12th day of February, 2014

THE BOURASSA LAW GROUP, LLC.                    LEWIS BRISBOIS BISGAARD & SMITH LL

By: _____                    By: _____
MARK J. BOURASSA, ESQ.                          MARC C. CWIK, ESQ.
Nevada Bar No.7999                              Nevada Bar No. 6946
mbourassa@bourassalawgroup.com                  STEPHEN H. TURNER, ESQ.
8668 Spring Mountain Rd., Suite 101             Admitted Pro Hac Vice
Las Vegas, Nevada 89117                         6385 S Rainbow Blvd, Suite 600
Telephone: (702) 851-2180                       Las Vegas, Nevada 89118
Facsimile: (702) 851-2189                       Telephone: (702) 893-3383
*Attorney for Plaintiff*                        Facsimile: (702) 893-3789
                                                *Attorneys for Defendant*
                                                *BP Law Group, LLP*

**IT IS SO ORDERED.**

_____
Gloria M. Navarro, Chief Judge
United States District Court

**DATED: 02/14/14**