MARC S. CWIK, ESQ.
Nevada Bar No. 06946
KIM D. PRICE, ESQ.
Nevada Bar No. 07873
STEPHEN H. TURNER, ESQ.
California Bar No. 89627 (*Admitted pro hac vice*)
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Ph:     (702) 893-3383
Facs:   (702) 893-3789
E-mail: marc.cwik@lewisbrisbois.com
E-mail: kim.price@lewisbrisbois.com
E-mail: stephen.turner@lewisbrisbois.com
*Attorneys for Defendants, CREDIT CONTROL, LLC, DTA SOLUTIONS, LLC and BSI FINANCIAL SERVICES, INC.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL BRUNSON, an individual, on behalf of himself and those similarly situated, | CASE NO. 2:13-cv-00350-GMN-PAL |
| Plaintiff, | **NOTICE OF PENDING SETTLEMENT** |
| vs. | |
| BP LAW GROUP, LLP, a California Corporation; CREDIT CONTROL, LLC, a Missouri Limited Liability Company; DTA SOLUTIONS, LLC, a Delaware Limited Liability Company; and BSI FINANCIAL SERVICES, INC., a Pennsylvania Corporation, | |
| Defendants. | |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

4837-2961-1036.1

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Notice is hereby given that all claims against the remaining Defendants, Credit Control, LLC and DTA Solutions, LLC, have resolved. The parties anticipate that a request for dismissal of Defendants Credit Control, LLC and DTA Solutions, LLC will be filed within the next forty-five (45) days.

This notice is being filed with the consent of Defendants Credit Control, LLC and DTA Solutions, LLC.

DATED this 3rd day of July, 2014.

LEWIS BRISBOIS BISGAARD & SMITH LLP

By _____
MARC S. CWIK, ESQ.
Nevada Bar No. 06946
KIM D. PRICE, ESQ.
Nevada Bar No. 07873
STEPHEN H. TURNER, ESQ.
California Bar No. 89627 (*Admitted pro hac vice*)
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendants CREDIT CONTROL, LLC, DTA SOLUTIONS, LLC and BSI FINANCIAL SERVICES, INC.*

**IT IS SO ORDERED:**
1. The Parties shall have until August 14, 2014 to file a stipulation for dismissal with prejudice, or, if they have not been able to finalize their settlement, a joint status report indicating when the stipulation to dismiss will be filed.
2. The deadlines established in the court's scheduling order (Dkt. #57) remain in effect.

**DATED** this 10th day of July, 2014.

_____
UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), I hereby certify that I am an employee of LEWIS BRISBOIS BISGAARD & SMITH LLP and that on this 3rd day of July, 2014, I did cause a true and correct copy of the foregoing **NOTICE OF PENDING SETTLEMENT** to be served via the **CM/ECF filing system** to all parties on the service list.

| Attorney | Party | Phone/Fax |
|---|---|---|
| Mark J. Bourassa, Esq.<br>The Bourassa law Group, LLC<br>8668 Spring Mountain Road, Suite 101<br>Las Vegas, NV 89117 | Attorneys for Plaintiff | (702) 851-2180<br><br>(702) 851-2189 Fax |

By _____
An Employee of
LEWIS BRISBOIS BISGAARD & SMITH LLP

4837-2961-1036.1

3