MARC S. CWIK, ESQ.
Nevada Bar No. 06946
E-mail: marc.cwik@lewisbrisbois.com
STEPHEN H. TURNER, ESQ.
California Bar No. 89627
*(Admitted pro hac vice)*
E-mail: stephen.turner@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Ph:   (702) 893-3383
Facs: (702) 893-3789

*Attorneys for Defendants CREDIT CONTROL, LLC, DTA SOLUTIONS, LLC and SERVIS ONE INC. dba BSI FINANCIAL SERVICES, INC.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL BRUNSON, an individual, on behalf of himself and those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>BP LAW GROUP, LLP, a California Corporation; CREDIT CONTROL, LLC, a Missouri Limited Liability Company; DTA SOLUTIONS, LLC, a Delaware Limited Liability Company; and BSI FINANCIAL SERVICES, INC., a Pennsylvania Corporation,<br><br>Defendants. | CASE NO. 2:13-cv-00350-GMN-PAL<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE DEFENDANTS CREDIT CONTROL, LLC AND DTA SOLUTIONS, LLC** |

COME NOW, Plaintiff, MICHAEL BRUNSON ("BRUNSON"), by and through his counsel of record, Mark J. Bourassa, Esq. of The Bourassa Law Group, LLC, and Defendants CREDIT CONTROL, LLC ("CREDIT CONTROL") and DTA SOLUTIONS, LLC ("DTA"), by and through their attorneys of record, Marc S. Cwik, Esq. and Stephen H. Turner, Esq. of Lewis Brisbois Bisgaard & Smith LLP, and hereby stipulate as follows:

WHEREAS, Defendant BP LAW GROUP, LLP was dismissed with prejudice by stipulation and order of the Court entered on February 14, 2014;

4826-5958-9917.1

1     WHEREAS, Defendant BSI FINANCIAL SERVICES, INC. was dismissed with prejudice by stipulation and order of the Court entered on July 7, 2014;

    WHEREAS, the currently remaining Defendants, CREDIT CONTROL and DTA, have now resolved BRUNSON's claims and a dismissal with prejudice of CREDIT CONTROL and DTA may be entered by the Court, thereby dismissing the above-captioned action in its entirety;

    BRUNSON, CREDIT CONTROL and DTA hereby STIPULATE and AGREE, by and through their respective counsel of record, that BRUNSON's Complaint may be dismissed with prejudice as to Defendants CREDIT CONTROL and DTA, with each party to bear its own attorney's fees and costs.

Dated this 2nd day of September, 2014.

THE BOURASSA LAW GROUP, LLC

By: _____
MARK J. BOURASSA, ESQ.
Nevada Bar No. 7999
8668 Spring Mountain Road, Suite 101
Las Vegas, NV 89117
Telephone: (702) 851-2180
Facsimile: (702) 851-2189
mbourassa@bourassalawgroup.com
*Attorney for Plaintiff Michael Brunson*

Dated this 4th day of September, 2014.

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____
MARC S. CWIK, ESQ.
Nevada Bar No. 6946
STEPHEN H. TURNER, ESQ.
Admitted Pro Hac Vice
6385 South Rainbow Blvd., Ste. 600
Las Vegas, Nevada 89118
Marc.Cwik@LewisBrisbois.com
Stephen.Turner@LewisBrisbois.com
*Attorneys for Defendants Credit Control, LLC and DTA Solutions, LLC*

**IT IS SO ORDERED.**

_____
Gloria M. Navarro, Chief Judge
United States District Court

**DATED: 09/08/2014**